## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Richard Coleman

      v.                                 11-fp-46

James Zaccari , et al

### ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Exhibit A, to Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Exhibit A, to Complaint.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Exhibit A, to Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    **SO ORDERED**.

                                            /s/ Landya B. McCafferty
                                            Landya B. McCafferty
                                            United States Magistrate Judge

Date:  February   11,   2011

cc:      Richard Coleman, pro se