UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Richard Coleman

      v.                        Case No. 11-cv-46-SM

James Zaccari, et al.

O R D E R

After due consideration of the plaintiff's Motion for Reconsideration, which the court construes as an objection to the Report and Recommendations, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 15, 2011, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed.

    SO ORDERED.

October 12, 2011
                                          Steven J. McAuliffe
                                          Chief Judge

cc:     Richard Coleman, pro se